UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.V. GRUBBS, JR.,

       Plaintiff,                      Case No. 2:16-cv-10426
                                         District Judge Avern Cohn
v.                                        Magistrate Judge Anthony P. Patti

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER STRIKING PLAINTIFF'S COMPLAINT (DE 1)

On February 8, 2016, Plaintiff, L.V. Grubbs, Jr. (who is represented by counsel) filed this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) for a review of the final decision of the Commissioner of Social Security denying his application for social security disability benefits. (DE 1.) The complaint includes Plaintiff's full, un-redacted social-security number.

Pursuant to Federal Rule of Civil Procedure 5.2, an "electronic or paper filing with the court that contains an individual's social-security number . . . . may include only . . . the last four digits of the social-security number . . . ." Fed. R. Civ. P. 5.2(a); *see also* E.D. Mich. LR Exhibit F, *Procedures Governing the Electronic Availability and Redaction of Transcripts*. Accordingly, Plaintiff's

complaint shall be **STRICKEN**.  Plaintiff is hereby **ORDERED** to file a redacted complaint **ON OR BEFORE FEBRUARY 12, 2016**.  When the complaint is appropriately redacted and refiled, the Clerk's office is **DIRECTED** to remove the initial complaint from the Court's docket.

    **IT IS SO ORDERED.**

Dated: February 9, 2016       s/Anthony P. Patti
    Anthony P. Patti
    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 9, 2016, electronically and or by U.S. Mail.

    s/Michael Williams
    Case Manager for the
    Honorable Anthony P. Patti